June Hewitt, administrator of the estate of Arthur J. Hewitt, deceased, appellee, v. Leo Michuda and Leo Michuda, Jr., copartners trading as Leo Michuda & Son, appellants.  Gen. No. 40,180.

Opinion filed January 11, 1939.

Litsinger, Healy, Reid & Bye, for appellants; Daniel M. Healy, of counsel.  George I. Haight, William E. Lucas and Edward A. Haight, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.


John Greene, minor, by Joseph Greene his father and next friend, appellee, v. Frenzel Brothers Company, appellant.  Gen. No. 39,848.

Opinion filed January 11, 1939.

Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel.  Wright and Kamin, for appellee; Alfred Kamin, of counsel.

Mr. Justice Hebel delivered the opinion of the court.


Merrill F. Sheridan, appellee, v. William Fullerton, appellant.  Gen. No. 40,407.

Opinion filed January 11, 1939.

McKenna & Harris, for appellant; James J. McKenna and Burrell J. Cramer, of counsel.  Royal W. Irwin, for appellee.

Mr. Justice Hebel delivered the opinion of the court.


Augustus H. Grunewald, Jr., administrator of estate of Augustus H. Grunewald, deceased, et al., appellees, v. City of Chicago, appellant.  Gen. No. 40,090.

Opinion filed January 11, 1939.

Barnet Hodes, Corporation Counsel, for appellant.  Howard F. Bishop, for appellees.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.